**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     In re Daniel W. Warren, Beneficiary of the Daniel Steven Weiner 1996 Trust

Appellate case number:   01-15-00471-CV

Trial court case number: 425,576-401

Trial court:             Probate Court No. 4 of Harris County

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Jane Bland
                        Acting for the Court

Panel consists of Justices Jennings, Bland, and Brown

Date:  September 29, 2015